# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Philip S. Gutierrez

From: W. Hernandez_____, Deputy Clerk   Date Received: 04-15-13

Case No.: SA CV 12-1434-PSG    Case Title: Mariano K Yeo v. Bleier and Cox LLP

Document Entitled: Plaintiff's Proof of Service of Summons and Complaint

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.11 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: Case closed on 03/27/13. Proof of Service filed untimely-after case closed. No further pleadings shall be accepted for filing unless ordered by the Court.

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____    U.S. District Judge / ~~U.S. Magistrate Judge~~

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is **ORDERED** returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 4/18/13    U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/12)    NOTICE OF DOCUMENT DISCREPANCIES

Mariano Yeo
PO BOX 3210
Tustin, CA 92781
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Mariano K. Yeo, | CASE NO. SA CV 12-1434 PSG (FMOx) |
|---|---|
| Plaintiff, | |
| vs. | **Plaintiff's Proof of Service of Summons and Complaint.** |
| Bleier and Cox, LLP | |
| Defendants. | |

On March 27, 2013, in Civil Minutes, Plaintiff's Complaint was dismissed for lack of prosecution. "Plaintiff has not yet filed a Proof of Service of Summons and Complaint." See Dkt. # 7. On April 10, 2013, Plaintiff, complying with court order, sent out Proof of Service of Summons and Complaint to Bleier and Cox, LLP at 16130 Ventura Blvd., Suite 620, Encino, CA 91436. *Tracking No. 7012-2920-0001-1270-6732.*

DATED: April 10, 2013

_____
Mariano Yeo, Plaintiff

Mariano Yeo
PO BOX 3210
Tustin, CA 92781
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO YEO, | Case Number: SA CV 12-1434 PSG (FMOx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BLEIER AND COX, LLP | |
| Defendant. | |

_/s/ Mariano Yeo_ /

PLAINTIFFS PROOF OF SERVICE OF SUMMONS AND COMPLAINT

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 12-1434 PSG (FMOx) | Date | March 27, 2013 |
|---|---|---|---|
| Title | *Mariano K. Yeo v. Bleier and Cox, LLP* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):            Attorneys Present for Defendant(s):

Not Present                                               Not Present

**Proceedings:**   (In Chambers) Order DISMISSING Case for Lack of Prosecution

Plaintiff has not yet filed a Proof of Service of Summons and Complaint. On December 19, 2012, the Court issued an Order to Show Cause to Plaintiff as to why this case should not be dismissed for lack of prosecution. Dkt. # 5. The Court indicated that an appropriate response to the Order to Show Cause would include the Proof of Service of Summons and Complaint by Plaintiff. Plaintiff was ordered to show cause in writing on or before January 8, 2013. Plaintiff did not file a timely response. On March 13, 2013, Plaintiff filed a motion for leave to file a motion for reconsideration. *See* Dkt. # 6. However, Plaintiff has never filed the Proof of Service of Summons and Complaint as required by the Order to Show Cause. Accordingly, the Complaint is DISMISSED for lack of prosecution.

**IT IS SO ORDERED.**

[handwritten margin note: ✓ see attached 4/10/13 MY — 2 copies sent + return envelope, postage prepaid, addressed to sender]

FILED

2012 AUG 31 PM 12: 01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

1  Mariano K Yeo
2  PO Box 3210
3  Tustin, CA 92781
4  949-689-7729
   Plaintiff, pro se.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Mariano K. Yeo,<br><br>        Plaintiff,<br><br>v.<br><br>Bleier & Cox LLP<br><br>        Defendant. | CASE NO.: **SACV12-01434 PSG (FMOx)**<br><br>FCRA COMPLAINT.<br><br>DEMAND FOR JURY TRIAL. |
|---|---|

## PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

## FACTUAL ALLEGATIONS

3. On March 16, 2012, Defendant obtained Plaintiff's credit report from Experian without a permissible purpose. See Exhibit P1 attached.

# COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## WILLFUL NON-COMPLIANCE BY DEFENDANT

4. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

5. Bleier & Cox LLP, is the furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

6. Defendant willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

(a) Defendant willfully violated 15 U.S.C. §1681b(f) by repeatedly obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages against Defendant for actual or statutory damages, and punitive damages, attorney's fees and costs, Pursuant to 15 U.S.C. §1681n.

# COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681

## NEGLIGENT NON-COMPLIANCE BY DEFENDANT

7. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

8. Defendant are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

9. Defendant negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:

a) Defendant negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment against Defendant, for statutory damages, and punitive damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o (a).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this on August 24, 2012

*(signature)*

Mariano K. Yeo

PO Box 3210

Tustin, CA 92781

Plaintiff, pro se.

1

## EXHIBIT P1

2

3  | BLEIER & COX | Experian | Equifax | TransUnion |
4  |  | | | BLEIER & COX |
   |  Business Name | | | 3/16/2012 |
5  | 818-784-8100  Inquiry Date | | | Personal services other than medical |
   | 16130 VENTURA BLVD  Business Type | | | |
6  | SUITE 620 | | | |
   | ENCINO, CA 91436 | | | |
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE

United States District Court Central District of California
Mariano K. Yeo v. Bleier and Cox, LLP, FCRA Complaint
Action No.: SA CV12-1434 PSG (FMOx)
Bleier & Cox LLP, 16130 Ventura Blvd., Suite 620. Encino, CA 91436.

To: Bleier and Cox, LLP

  This summons is served pursuant to Section 415.30 of the California Code of Civil Procedure. Failure to complete this form and return it to the sender within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons upon you in any other manner permitted by law. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed in the name of such entity by you or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons is deemed served on the date of execution of an acknowledgment of receipt of summons.

_____
Signature of sender


ACKNOWLEDGMENT OF RECEIPT OF SUMMONS

  This acknowledges receipt on April 10, 2013 of a copy of the summons and of the complaint at Bleier & Cox LLP, 16130 Ventura Blvd., Suite 620. Encino, CA 91436.

  Date:_____April 10, 2013_____
     (Date this acknowledgement is executed)


Signature of person acknowledging receipt, with
title if acknowledgment is made on behalf of another person.

_____
Signature of Acknowledgement